UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

YANG ZHANG,

          Petitioner,

    v.

CHRISTOPHER LAROSE, et al.,

          Respondents.

Case No.  26-cv-03896-RFL

**ORDER ADOPTING CHIEF JUDGE ORDER NUMBER 144**

Chief Judge Order No. 144 is adopted, in its entirety, as applicable to this action.[1]  Order No. 144 shall govern the briefing schedule for the Petition, as well as Respondents' obligation to preserve the Court's jurisdiction.  Furthermore, any Response to the Petition shall:

1. Identify the statutory provision(s) under which Respondents assert the authority to detain Petitioner; and

2. Provide all records material to resolution of this action, including a copy of any Notice to Appear, any final order of removal, and any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

**IT IS SO ORDERED.**

Dated: July 8, 2026

 

_____

RITA F. LIN
United States District Judge

---

[1] http://www.casd.uscourts.gov/_assets/pdf/rules/CJO%20144_Standard%20Procedures%20for%20Immigration%20Habeas.pdf

1