# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

YANG ZHANG

Petitioner,

v.

CHRISTOPHER LAROSE, Warden of the Otay Mesa Detention Center, *et al.,*

Respondents

Case No. 3:26-cv-03896-RFL-JAC

**MODIFIED ~~[PROPOSED]~~ ORDER GRANTING PETITIONER'S MOTION FOR ATTORNEY'S FEES AND COSTS UNDER EAJA**

Hon. Rita F. Lin
United States District Judge

Referred to: Hon. Janet A. Cabral
United States Magistrate Judge

Before the Court is Petitioner Yang Zhang's Motion for Attorney's Fees and Costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Having considered the motion, the supporting declarations and time records, any opposition, and the record in this action, the Court finds that Petitioner is a prevailing party; that his application is timely because it was filed within 30 days after the entry of final judgment;[1] that he meets EAJA's net-worth requirement; that the position of the United States was not substantially justified; that no special circumstances make an award unjust; and that the hours expended and rate requested are reasonable.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Motion for Attorney's Fees and Costs under EAJA is GRANTED.

---

[1] The Court's Order on July 15, 2026 requiring the motion to be filed within 30 days of entry of judgment referred to final judgment within the meaning of the EAJA.

2. Petitioner is AWARDED attorney's fees in the amount of $5,298.43 and costs in the amount of $5.00, for a total award of $5,303.43, pursuant to 28 U.S.C. § 2412.

3. The award shall be payable to Petitioner. If the government determines that Petitioner does not owe a debt subject to offset under the Treasury Offset Program, the government shall honor Petitioner's assignment of fees and pay the award directly to Petitioner's counsel, Vichi Law, PC.

IT IS SO ORDERED.

Dated: November 2, 2026

RITA F. LIN
UNITED STATES DISTRICT JUDGE